UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MYRNA ADAMS,

    Plaintiff(s)

    v.                    Civ. No. 98-1466(PG)

THE AUTONOMOUS MUNICIPALITY OF
THE CITY OF SAN JUAN, ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #25 - Motion for Continuance | *Granted* |

Date: October 7, 1999.

*Juan M. Pérez-Giménez*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge