# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF SETTING</u>                                       Date: February 16, 2000

MYRNA ADAMS                        *
                                   *
    Plaintiff                       *
                                   *
v.                                 *          **CIVIL 98-1466 (PG)**
                                   *
SAN JUAN MUNICIPALITY, et al       *
                                   *
    Defendants                      *
                                   *
                                   *
----------------------------------*


By Order of the Court a pretrial conference in the above captioned case, is hereby set for **Thursday, March 16, 2000, at 8:30 A.M.** This proceeding will be held before Hon. Juan M. Pérez-Giménez.

 

_____
Lida Isis Egélé
Courtroom Deputy


s/c:   Héctor Alvarado
       Juan Masini
       Magali Arriví
       Alberto Cuevas