# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: March 16, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 98-1466 (PG) |

========================================================================

| | |
|---|---|
| MYRNA ADAMS | Attorneys: Hector ALVARADO |
| vs. | |
| SAN JUAN MUNICIPALITY, et al | Juan MASINI SOLER |

========================================================================

THIRD STATUS CONFERENCE held in chambers, instead of the scheduled pretrial. The motion to withdraw filed by plaintiff's counsel (dkt. #28) is **granted.** Ms. Adams is granted 45 days to notify the Court, in writing, the name of her new legal representation. The Clerk shall serve the plaintiff with a copy of these minutes at the address which appears in paragraph 4 of the motion to withdraw.

**Pretrial conference is set for June 29, 2000, at 8:30 A.M.**

_____
Lida Isis EGELE
Courtroom Deputy

s/c:  Alvarado, Masini, Arriví, Cuevas, and Ms. Myrna Adams

30