# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JUAN M. PEREZ-GIMENEZ        DATE:  June 29, 2000

COURTROOM DEPUTY:  Lida Isis EGELE        CIVIL CASE:  98-1466 (PG)

===================================================================

MYRNA ADAMS                                         <u>Attorneys:</u>

vs.

SAN JUAN MUNICIPALITY, et al                Juan MASINI SOLER
                                                              Alberto CUEVAS TRISAN

===================================================================

FOURTH STATUS CONFERENCE held in chambers, instead of the scheduled pretrial. Co-defendant Municipality of San Juan has filed a motion to dismiss (dkt. #32). This motion is taken under advisement.

The plaintiff is still without an attorney. She has filed a motion requesting that counsel Gregory Sun be allowed to enter an appearance pro-hac-vice on her behalf (dkt. #34). This motion is granted and attorney Sun may file his appearance **as long as he complies with the Local Rules of the Court**.

                                                                    Lida Isis EGELE
                                                                    Courtroom Deputy

s/c:  Plaintiff Adams, Gregory Sun, Juan Masini and Alberto Cuevas