UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED AND FILED
00 SEP 15 PM 2:31
U.S. CLERK'S OFFICE
SAN JUAN, P.R.

| | |
|---|---|
| MYRNA ADAMS, | * |
| Plaintiff | * |
| v. | Civ. No. 98-1466 (PG) |
| THE AUTONOMOUS MUNICIPALITY OF SAN JUAN, ET AL., | * |
| Defendants | * |

## JUDGMENT

Having found that Plaintiff failed to prosecute her case and failed to comply with the Court's Order dated March 16, 2000 (Dkt. 30), it is hereby

**ORDERED and ADJUDGED** that the case be **DISMISSED with prejudice**.

San Juan, Puerto Rico, September _13_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)