UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 SEP 28 AM 9:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

MYRNA ADAMS,
    Plaintiff,

v.     Civil No. 98-1466(PG)

THE AUTONOMOUS MUNICIPALITY
OF THE CITY OF SAN JUAN, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #39 - Notice of Appearance. | Plaintiff's Notice Of Appearance (Docket No. 39) is NOTED.<br><br>The Clerk of Court shall address all future papers and orders directed to plaintiff to attorney G. Luz A. James, whose address appears in said notice.<br><br>Should counsel for plaintiff not be admitted to practice before this Court, the Court hereby orders that counsel comply with Local Rule 204(2) by filing a motion for admission pro hac vice and designating local counsel. |

Date: September 26, 2001.

GUSTAVO A. GELPI
U.S. Magistrate Judge